No. D–85. IN RE DISBARMENT OF ROTHBART. Disbarment entered. [For earlier order herein, see 429 U. S. 954.]

No. D–86. IN RE DISBARMENT OF KUTA. Disbarment entered. [For earlier order herein, see 429 U. S. 955.]

No. D–91. IN RE DISBARMENT OF LEONARD. Disbarment entered. [For earlier order herein, see 429 U. S. 955.]

No. D–92. IN RE DISBARMENT OF ANDERSON. Disbarment entered. [For earlier order herein, see 429 U. S. 956.]

No. 75–1126. TRANS WORLD AIRLINES, INC. v. HARDISON ET AL.; and

No. 75–1385. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. v. HARDISON ET AL. C. A. 8th Cir. [Certiorari granted, 429 U. S. 958.] Motion of Chrysler Corp. for leave to participate in oral argument as *amicus curiae* denied.

No. 75–1771. COMMISSIONER OF INTERNAL REVENUE v. STANDARD LIFE & ACCIDENT INSURANCE CO. C. A. 10th Cir. [Certiorari granted, 429 U. S. 814.] Motion of Tax Analysts & Advocates for leave to file a brief as *amicus curiae* denied.

No. 76–63. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. v. WASHINGTON STATE APPLE ADVERTISING COMMISSION. Appeal from D. C. E. D. N. C. [Probable jurisdiction noted, 429 U. S. 814.] Motion of appellants for leave to file supplemental brief after argument granted.

No. 76–413. UNITED STATES ET AL. v. LARIONOFF ET AL. C. A. D. C. Cir. [Certiorari granted, 429 U. S. 997.] Motion to dismiss writ of certiorari denied. Further consideration of alternative request to impose penalty deferred to hearing of case on the merits.

No. 76–5985. STEEL v. FINE ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.